Robert B. Carey (SBN 011186)
John DeStefano (SBN 025440)
Tory Beardsley (SBN 031926)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, AZ  85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
         johnd@hbsslaw.com
         toryb@hbsslaw.com

Brett L. Slavicek (SBN 019306)
James Fucetola (SBN 029332)
Justin Henry (SBN 027711)
**THE SLAVICEK LAW FIRM**
5500 North 24th Street
Phoenix, Arizona 85016
Telephone: (602) 285-4435
Facsimile: (602) 287-9184
Email: brett@slaviceklaw.com
         james@slaviceklaw.com
         justin@slaviceklaw.com

*Attorney for Plaintiffs*

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Christian Loughran, | Case No. 23-cv-00108-PHX-DJH |
| Plaintiff, | **NOTICE OF FILING FULLY EXECUTED SETTLEMENT AGREEMENT** |
| v. | |
| MIC General Insurance Company, | |
| Defendant. | (Assigned to Hon. Diane J. Humetewa) |

PLEASE TAKE NOTICE that Plaintiff respectfully submits the fully executed Settlement Agreement in support of his Motion for Preliminary Approval of Class Action Settlement and Certification of the Settlement Class. In the original filing, Plaintiff filed an unsigned settlement agreement as Exhibit 1 to the Motion. The fully executed document is being filed concurrently herewith. No other changes have been made to the Motion or Settlement Agreement.

1  DATED April 25, 2025.

HAGENS BERMAN SOBOL SHAPIRO LLP

By: *s/ Robert. B. Carey*
     Robert B. Carey
John M. DeStefano
E. Tory Beardsley

THE SLAVICEK LAW FIRM
Brett L. Slavicek
James Fucetola
Justin Henry

*Attorneys for Plaintiff*